IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAWN ROBERTS                                                                    PLAINTIFF

V.                              Civil No. 13-3023

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON and BAXTER REGIONAL MEDICAL CENTER         DEFENDANTS

CLERK'S ORDER OF JOINT STIPULATED DISMISSAL

Now on this 2ND day of August, 2013, comes the parties with a Stipulation of dismissal, WITH PREJUDICE.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims are hereby dismissed with prejudice with all costs taxed against the party the incurred them.

August 2, 2013

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY : /s/ Sallie Hicks, Deputy Clerk